# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOAN HAVENS, Defendant. | PO-18-5007-GF-JTJ <br><br> Location Code: M7 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the discovery in this case is due on or before May 11, 2018.

DATED this 4th day of May, 2018.

_____
John Johnston
United States Magistrate Judge